IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIMOZA MYSLIMI,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-3769** |
| | : | |
| **JOSEPH R. BIDEN, JR.,** *et al.* | : | |

## ORDER

**AND NOW**, this 16th day of September 2021, upon considering Defendants' Motion to extend time or transfer venue (ECF Doc. No. 4), with no timely opposition, and for reasons in the accompanying Memorandum finding impropriety of venue here and transfer to the District of Columbia is warranted, it is **ORDERED** Defendants' Motion to transfer venue (ECF Doc. No. 4) is **GRANTED** requiring our Clerk of Court forthwith **transfer** this case to the Clerk of the United States District Court for the District of Columbia requiring Defendants to timely respond to the Complaint in the transferee District and the Clerk of the Court shall **close** this case in this District.

_____
**KEARNEY, J.**